# United States Bankruptcy Court

In re: Ott Jr, Harold Theron          Case Number: 0945710
       Ott, Alicia Zesati

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| National Capital Management, LLC. | Santander Consumer USA, Inc. successor in interest to Hsbc Auto Finance |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

National Capital Management, LLC
8245 Tournament Drive, Suite 230
Memphis, TN 38125

Phone: 901-748-2900
Last Four Digits of Acct. #: 1000

Court Claim # (if known): 03
Amount of Claim: 5,054.38
Date Claim Filed: 09/17/2009

Phone: 888-437-4846
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher M. Wall - Director of Operations    Date: 5/15/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.